FILED - GR
January 26, 2024 4:34 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: /B /1/29

Name: Brittany Elaine Martin
Address: 23 College Ave SE Apt 18
Grand Rapids, MI 49503
Phone Number: 616-822-9423
E-mail Address: bmartin0211@outlook.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

1:24-cv-72
Hala Y. Jarbou
Chief U.S. District Judge

Brittany Elaine Martin
PLAINTIFF(S)

CASE NUMBER: _____

v.

*PRO SE* APPLICATION FOR
ELECTRONIC FILING AND SERVICE

Hennlesperance PLC et al
DEFENDANT(S)

As the (Plaintiff/Defendant) Brittany Elaine Martin in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing (e-filing) and electronic service in this case. I hereby affirm that:

1. I have reviewed Western District of Michigan Local Civil Rule 5.7 and the instructions available at the Pro Se E-Filing web page located on the Court's website.
2. I understand that if my application is approved, I hereby consent to receive electronic service of all electronically filed documents, and waive the right to receive documents in paper form. This means I will receive all documents by e-mail in this case and not by U.S. mail.
3. I understand that if my use of the Case Management/Electronic Filing (CM/ECF) system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file and serve documents in paper.
4. I understand that I may not e-file on behalf of any other person in this or any other case.
5. I consent to Federal Rule of Civil Procedure 11 sanctions for any misconduct or misuse of electronic filing.
6. I have obtained a Public Access to Court Electronic Records (PACER) account.
7. I have regular access to the technical requirements necessary to successfully e-file:
   *Check all that apply*:

   ☒ A computer with Internet access.

   ☒ An e-mail account to receive notifications from the Court and notices from the e-filing system, that I am able to access on a daily basis.

   ☒ A scanner to convert documents that are only in paper format into electronic files.

   ☒ A printer or copier to create required paper copies such as chambers copies.

   ☒ A word processing program to create documents; and

   ☒ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only format in which documents can be e-filed.

Date: 1-26-2024     Signature: Brittany E Martin