UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRITTANY E. MARTIN,

    Plaintiff,

v.                                                                                                Hon. Hala Y. Jarbou

HENN LESPERANCE PLC, et al.,                           Case No. 1:24-cv-00072

    Defendants.

**ORDER**

This case was filed by *pro se* plaintiff Brittany E. Martin alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, and other federal laws. This matter is now before the Court on plaintiff's application to be allowed the privilege of electronic filing and service in this Court (ECF No. 3). Plaintiff is proceeding under W.D. Mich. LCivR 5.7, which allows *pro se* litigants to e-file under the "Pro se E-Filing and Service Protocol" posted on the Court's Website. *See* W.D. Mich. LCivR 5.7(d)(ii)(A) and 5.7(i)(iii). Under this Protocol, "On a case by case basis, a judge may grant the privilege of electronic filing and service to a non- prisoner pro se party."

In determining whether to grant plaintiff this privilege, the Court has reviewed the filings in the present case, including plaintiff's 37-page complaint. After performing this review, the Court concludes that allowing plaintiff the privilege of electronic filing is not warranted. Specifically, allowing plaintiff to engage in electronic filing will not promote the efficient operation of the Court or secure the just, speedy and inexpensive determination of this lawsuit. *See Valassis Communications, Inc. v. Aetna Casualty & Surety Company*, 97 F.3d 870, 873 (6th Cir. 1996) (local court rules "are designed as internal housekeeping rules to promote the efficient operation of the district courts"); W.D. Mich. LCivR 1.6 (this Court's local rules "shall be construed

to achieve an orderly administration of the business of this Court and to secure the just, speedy and inexpensive determination of every action"). Accordingly, plaintiff's application (ECF No. 3) is **DENIED**.

    IT IS SO ORDERED.

Dated: January 29, 2024                             /s/ Sally J. Berens  
                                                                               SALLY J. BERENS  
                                                                               U.S. Magistrate Judge