# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Brittany E. Martin

v.

Henn Lesperance PLC et al

Case No. 1:24-cv-72
Hon. Hala Y. Jarbou

TO: Roy H. Johnson
ADDRESS: 32 Market Ave SW, Suite 400
Grand Rapids, MI 49503

**FILED - GR**
February 2, 2024 12:53 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW /2-2

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AN[D]
Brittany E. Martin
23 College Ave. SE, Apt. 18
Grand Rapids, MI 49503
(616) 822-9423
PRO SE

CLERK OF COURT



By: Deputy Clerk

January 30, 2024
Date

---

## PROOF OF SERVICE

This summons for ___Roy H. Johnson___ was received by me on _____.

☒ I personally served the summons on the individual at __5929 West Lyn Haven Dr. SE, Kentwood, MI 49512__
on __2/2/2024__.

☐ I left the summons at the individual's residence or usual place of abode with _____, a person of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.

☐ I served the summons on _____, who is designated by law to accept service of process on behalf of _____ on _____.

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ __65__ for services, for a total of $ __65__.

I declare under the penalty of perjury that this information is true.
Date: _____

Server's signature

Mark Castagna  Deputy U.S. Marshal
Server's printed name and title

110 Michigan St NW, Grand Rapids, MI 49503
Server's address

Additional information regarding attempted service, etc.:
accepted service via email
Roy.Johnsenmi@gmail.com