# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Brittany E. Martin

v.

Henn Lesperance PLC et al

Case No. 1:24-cv-72
Hon. Hala Y. Jarbou

TO: Henn Lesperance PLC
ADDRESS: 32 Market Ave SW, Suite 400
Grand Rapids, MI 49503

**FILED - GR**
February 2, 2024 8:39 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: JW / 2-2

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AN
Brittany E. Martin
23 College Ave. SE, Apt. 18
Grand Rapids, MI 49503
(616) 822-9423
PRO SE

CLERK OF COURT

By: Deputy Clerk     January 30, 2024 / Date

## PROOF OF SERVICE

This summons for ___Henn Lesperance PLC___ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on ___Kevin Lesperance___ (name of individual), who is designated by law to accept service of process on behalf of ___Henn Lesperance PLC___ (name of organization) on ___2/1/24___ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $_____ for travel and $ 65 for services, for a total of $ 65.

I declare under the penalty of perjury that this information is true.
Date: 2/1/24

Server's signature

Mark Castagna  Deputy U.S. Marshal
Server's printed name and title
110 Michigan St NW, Grand Rapids, 495
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Brittany E. Martin

v.

Henn Lesperance PLC et al

Case No. 1:24-cv-72
Hon. Hala Y. Jarbou

TO: Kevin Lesperance
ADDRESS: 32 Market Ave SW, Suite 400
Grand Rapids, MI 49503

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brittany E. Martin
23 College Ave. SE, Apt. 18
Grand Rapids, MI 49503
(616) 822-9423
PRO SE

CLERK OF COURT

By: Deputy Clerk

Date: January 30, 2024

---

## PROOF OF SERVICE

This summons for __Kevin Lesperance__ (name of individual and title, if any) was received by me on _____ (date).

☒ I personally served the summons on the individual at __32 Market Ave SW, Grand Rapids, MI 4951__ (place where served) on __2/1/24__ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ 65 for services, for a total of $ 65.

I declare under the penalty of perjury that this information is true.
Date: 2/1/24

Server's signature

Mack Castagna Deputy U.S. Marshal
Server's printed name and title

110 Michigan St, Grand Rapids, MI 49503
Server's address

Additional information regarding attempted service, etc.: