**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BRITTANY E. MARTIN,

    Plaintiff,

v.

HENN LESPERANCE PLC,
KEVIN LESPERANCE
MALGORZATA ("GOSIA") WALKER,
ROY H. JOHNSON,
DOES 1-5,

    Defendants.
_____/

Case No. 24-cv-00072
Hon. Hala Y. Jarbou

## STIPULATION AND ORDER TO AMEND COMPLAINT AND EXTEND ANSWER DEADLINE

*Pro se* Plaintiff, Brittany E. Martin, and Defendants, Henn Lesperance PLC, Kevin Lesperance, Malgorzata ("Gosia") Walker, and Roy H. Johnson (collectively referred to as "Defendants"), stipulate and agree as follows:

1. Plaintiff filed her Complaint in this matter on January 26, 2024.

2. Defendants were served on February 1, 2024, and February 2, 2024.

3. During their Local Rule 7.1 meet-and-confer on February 21, 2024, Plaintiff informed counsel for the Defendants that she intends to file an amended complaint in this matter as a matter of course pursuant to Fed. R. Civ. P. (15)(a)(1)(A) in this matter.

4. Defendants stipulate that Plaintiff shall have until February 29, 2024, to file and serve an amended complaint as a matter of course pursuant to Fed. R. Civ. P. (15)(a)(1)(A) in this matter.

5. Plaintiff stipulates that Defendants shall have until March 21, 2024, to answer or file any other response to Plaintiff's Amended Complaint.  In the event Plaintiff does not

amend her Complaint, Plaintiff stipulates that Defendants shall have until March 21, 2024 to answer or file any other response to Plaintiff's Complaint.

6. Fed. R. Civ. P. Rule 6(b)(1) provides that a Court may, for good cause shown, extend the time for an act to be done if a party makes such request before the original time expires. Plaintiff's Complaint was filed on January 26, 2024, and served on February 1, 2024, meaning Defendants' time to respond has not yet expired. Good cause exists to grant this extension, as this adjournment will prevent the need for Defendant to file a motion at this time to dismiss the pending complaint that Plaintiff intends to amend.

**STIPULATED FOR ENTRY:**

**Brittany E. Martin**
*Pro-se Plaintiff*
23 College Ave. SE, Apt. 18
Grand Rapids, Michigan 49503
(616) 822-9423
bmartin0211@outlook.com

Lee T. Silver (P36905)
Michael L. Gutierrez (P79440)
Brett J. Miller (P68612)
**BUTZEL LONG, PC**
*Attorneys for* Henn Lesperance PLC
Kevin Lesperance, Malgorzata ("Gosia") Walker, and Roy H. Johnson
300 Ottawa Ave. NW, Suite 620
Grand Rapids, Michigan 49503
(616) 988-5600
silver@butzel.com
gutierrez@butzel.com
millerbr@butzel.com

**ORDER**

Upon consideration of the Parties' Stipulation to Amend Complaint and Extend Answer Deadline, the Court finds that good causes exists under Fed. R. Civ. P. 6(b)(1) to extend the time for Plaintiff to amend her complaint and for Defendants to answer or otherwise respond to Plaintiff's Complaint. The Court hereby orders that Plaintiff may file and serve on counsel for

3

Defendants an amended complaint no later than February 29, 2024, and that Defendants have until March 21, 2024, to file an answer or otherwise respond to Plaintiff's Complaint or anticipated amended complaint.


Entered:  February 22, 2024   /s/ Sally J. Berens
SALLY J. BERENS
United States Magistrate Judge

3