**FILED - GR**
April 26, 2024 8:53 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: /lw / 4-26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**BRITTANY E. MARTIN,**

                Plaintiff,

v.

**HENN LESPERANCE PLC.,** *et al.,*

                Defendants.

Case No.: 1:24-cv-72
HON. Hala Y. Jarbou

| | |
|---|---|
| Brittany E. Martin<br>Plaintiff, *in Pro Se*<br>23 College Ave. SE, Apt 18<br>Grand Rapids, MI 49503<br>(616) 822-9423<br>bmartin0211@outlook.com | Lee T. Silver (P36905)<br>Michael L. Gutierrez (P79440)<br>Brett J. Miller (P68612)<br>*Attorneys for Defendants Henn Lesperance PLC, Kevin Lesperance, Malgorzata ("Gosia") Walker, and Roy H, Johnson*<br>300 Ottawa Ave. NW, Suite 620<br>Grand Rapids, Michigan 49503<br>(616) 988-5600<br>silver@butzel.com<br>gutierrez@butzel.com<br>millerb@butzel.com |

**Plaintiff's Certificate of Compliance with W.D. Mich. LCivR 7.1(d)**

Pursuant to Local Civil Rule 7.1(d), I, Brittany E. Martin, *pro se* Plaintiff, hereby certify that I made the following efforts to confer in good faith with Defendants' counsel in an attempt to resolve the need for an extension of the time to respond to their Motion to Dismiss (ECF No. 14) and to appeal from magistrate judge's nondispositive Order (ECF No. 19) until May 6, 2024, without the need to file a motion seeking the Court's intervention for such relief:

At 7:02 AM on April 22, 2024, I emailed Mr. Lee Silver and Mr. Michael Gutierrez, counsel for Defendants, seeking their concurrence with the relief sought in my Motion for Extension of

Time to File Response/Reply (ECF No. 20). This motion requested an extension until May 6, 2024, to respond to Defendants' Motion to Dismiss (ECF No. 14) and to file an appeal from the magistrate judge's nondispositive order (ECF No. 19).

This request for an extension was prompted by an unexpected family tragedy that demands my immediate focus and presence be with my family.

Throughout our correspondence, I engaged in meaningful discussions and made several concessions to meet the shifting requirements put forth by Defendants' counsel and obtain their concurrence without having to resort to court intervention. Despite these efforts, I was unable to obtain concurrence from Defendants' counsel regarding the requested extensions. (ECF No. 21-1 as email correspondence seeking concurrence with requested relief and my proposed stipulations.)

Consequently, and given the emergency nature of the circumstances, court intervention remains necessary to ensure my rights are preserved amidst these difficult and exigent circumstances. Accordingly, I have complied with the requirements of LCivR 7.1(d).

Respectfully submitted,

Brittany E. Martin
*Plaintiff in Pro Se*

Dated: 4-26-2024

By: _____
Brittany E. Martin, *in Pro Se*
23 College Ave. SE, APT. 18
Grand Rapids, MI 49503
(616) 822-9423
bmartin0211@outlook.com