UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRITTANY E. MARTIN,

      Plaintiff,

v.                                        Hon. Hala Y. Jarbou

HENN LESPERANCE PLC, et al.,          Case No. 1:24-cv-72

      Defendants.

**ORDER**

This matter is before the Court on Plaintiff's Motion to Extend the Time Allowed for Plaintiff to Respond to Defendants' Motion to Dismiss and Appeal from Magistrate Judge's Order (ECF No. 20). Upon review of the motion and related filings, the motion (ECF No. 20) is granted. Plaintiff's response to Defendants' Motion to Dismiss (ECF No. 14) and appeal from Magistrate Judge's Order (ECF No. 19) are due no later than May 6, 2024.

      IT IS SO ORDERED.

Dated: April 26, 2024                      /s/ Sally J. Berens
                                        SALLY J. BERENS
                                        U.S. Magistrate Judge