FILED - GR
May 6, 2024 4:30 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: ___ /5-7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

BRITTANY E. MARTIN,

        Plaintiff,

v.

HENN LESPERANCE PLC., *et al.*,

        Defendants.

Case No.: 1:24-cv-72
HON. Hala Y. Jarbou

---

### Certificate of Compliance with W.D. Mich. LCivR 7.1(d)

Though Rule 6(b)(1)(A) does not require formal motion or notice, in an abundance of caution, and in accordance with W.D. Mich. LCivR 7(d), I, Brittany E. Martin, *pro se* Plaintiff, hereby certify that on May 6, 2024, I emailed Mr. Lee Silver and Mr. Michael Gutierrez, counsel for Defendants, to determine whether they would oppose this request and to seek their concurrence

Respectfully submitted,

Brittany E. Martin
*Plaintiff in Pro Se*

Dated: 5-6-2024

By: _____
Brittany E. Martin, *In Pro Se*
23 College Ave. SE, APT. 18
Grand Rapids, MI 49503
(616) 822-9423
bmartin0211@outlook.com

CERTIFICATE OF COMPLIANCE PLAINTIFF'S REQUEST TO EXTEND THE TIME TO RESPOND/REPLY - 1