UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY E. MARTIN

    Plaintiff,                                            Hon. Hala Y. Jarbou

v.                                                           Case No. 1:24-cv-72

HENN LESPERANCE PLC, et al.,

    Defendants.
_____/

## ORDER

The Court has before it Plaintiff's motion for a 21-day extension of time to respond to Defendants' pending Rule 12(b)(1) and (6) motion to dismiss. Because the outcome of Plaintiff's pending appeal (ECF No. 27) may determine whether Plaintiff is required to respond at all, the Court finds it unnecessary to set a deadline for a response at this time. Once the appeal is decided, the Court will determine whether a response is necessary. If Plaintiff must respond, the Court will grant Plaintiff an appropriate extension of time.

Accordingly, Plaintiff's motion is **denied without prejudice.**

**IT IS SO ORDERED**.

Dated: May 9, 2024                                                                         /s/ Sally J. Berens
                                                                                       SALLY J. BERENS
                                                                                      U.S. Magistrate Judge