**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BRITTANY E. MARTIN,

      Plaintiff,

v.                                         Case No. 24-cv-00072
                                          Hon. Hala Y. Jarbou

HENN LESPERANCE PLC,
KEVIN LESPERANCE
MALGORZATA ("GOSIA") WALKER,
ROY H. JOHNSON,
DOES 1-5,

      Defendants.

_____/

**PROOF OF SERVICE**

      On May 10, 2024, I served a copy of the Notification of Tyler A. Burk's Appearance in this matter, as well as this Proof of Service upon Brittany E. Martin via first-class mail to her last known address.

      I swear under the penalty of perjury that the above statement is true to the best of my knowledge, information and belief.

                                   */s/ Gabrielle M. Schoonmaker*
                                    Gabrielle M. Schoonmaker