FILED - GR
May 16, 2024 11:12 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB /5/16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**BRITTANY E. MARTIN,**

        Plaintiff,

v.

**HENN LESPERANCE PLC.,** *et al.*,

        Defendants.

Case No.: 1:24-cv-00072

HON. Hala Y. Jarbou

---

Brittany E. Martin,
Plaintiff, *in Pro Se*
23 College Ave. SE, Apt 18
Grand Rapids, MI 49503
Bmartin0211@outlook.com
(616) 822-9423

Lee T. Silver (P36905)
Michael L. Gutierrez (P79440)
Brett J. Miller (P68612)
Tyler A. Burk (P85077)
*Attorneys for Henn Lesperance PLC, Kevin Lesperance, Malgorzata ("Gosia") Walker, and Roy H. Johnson*
300 Ottawa Ave. NW, Suite 620
Grand Rapids, Michigan 49503
(616)988-5600
silver@butzel.com
gutierrez@butzel.com
millerbr@butzel.com
burkt@butzel.com

---

**EXPIDITED CONSIDERATION REQUESTED**

---

### PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO FILE AND RECEIVE SERVICE ELECTRONICALLY

NOW COMES Plaintiff, Ms. Brittany E. Martin, pro se, and for her Motion for Leave to File and Receive Service Electronically under Fed. R. Civ. P. 1, W.D. Mich. LCivR 1.6, W.D. Mich. LCivR 5.7, and Administrative Order 17-RL-135, relies on her accompanying Brief in Support and states the following:

1

1. Ms. Martin is currently required to file and serve all documents by nonelectronic means.

2. Ms. Martin does not have outgoing mail service at her apartment complex. The lack of outgoing mail service at Ms. Martin's residence requires that she must drive to access postal services to send mailings.

3. Ms. Martin will not have access to her vehicle beginning next week for an undetermined amount of time, making non electronic filing and service practically impossible.

4. These circumstances require the Court grant her permission to file and receive service electronically.

5. Ms. Martin has completed and filed a Pro Se Application for Electronic Filing and Service (ECF No. 3) on the form specified by the Clerk of this Court, confirming she meets all criteria necessary to successfully participate in electronic filing.

6. Ms. Martin has experience with electronic filing, specifically in the Western District of Michigan, through her prior employment as a legal assistant/paralegal. She has maintained her own individual PACER account in good standing since June 2022 and has successfully located and retrieved hundreds of documents for research purposes.

7. On top of reviewing W.D. Mich. LCivR 5.7 and the instructions for filing posted on this Court's website, Ms. Martin has viewed the Court's instructional video and the written step by step tutorial for electronic filing.

8. Ms. Martin has demonstrated the capability and reliability necessary to use the Court's electronic systems effectively.

9. Allowing Ms. Martin to file and receive service electronically will not only alleviate substantial financial and logistical burdens currently prejudicing Ms. Martin but will also enhance

the Court's operational efficiency, promote equal access to the courts, and support the just, speedy, and inexpensive determination of this case.

10. Attached as **Exhibit A** is a proposed order granting Ms. Martin leave to file and receive service electronically.

**WHEREFORE,** Plaintiff, Ms. Martin, respectfully requests this Honorable Court enter an order permitting her to file and receive service electronically and grant her any further relief this Court deems just and proper.

Respectfully submitted,

Brittany E. Martin
*Plaintiff in Pro Se*

Dated: 5/16/24

By: [signature]
Brittany E. Martin
Plaintiff, *in Pro Se*
(616) 822-9423
23 College Ave. SE, APT. 18
Grand Rapids, MI 49503
bmartin0211@outlook.com