UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
May 16, 2024 11:12 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB / 5/16

BRITTANY E. MARTIN,

          Plaintiff,       Case No. 1:24-cv-00072

v.

HENN LESPERANCE PLC., *et al.*,       HON. Hala Y. Jarbou

          Defendants.

## CERTIFICATE OF COMPLIANCE WITH W.D. Mich. LCivR 7.1(d)

Pursuant to W.D. Mich. LCivR 7.1(d), I certify that on May 3, 2024, I emailed Mr. Lee Silver, Mr. Michael Gutierrez, and Mr. Tyler Burk, counsel of record for Defendants, to ascertain whether Defendants would oppose Plaintiff's Motion for Leave to File and Receive Service Electronically and seeking concurrence in the relief sought.

Defendants' counsel declined to concur, stating only that they "do not oppose [Plaintiff's] motion to be permitted to participate in the CM/ECF system for filings in this matter."

          Respectfully submitted,

          Brittany E. Martin
          *Plaintiff in Pro Se*

Dated: 5/16/2024       By: /s/ Brittany E. Martin
          Brittany E. Martin
          *Plaintiff in Pro Se*
          (616) 822-9423
          23 College Ave. SE, APT. 18
          Grand Rapids, MI 49503
          bmartin0211@outlook.com