# 1

**From:** Gutierrez, Michael
**To:** Britt Martin, Silver, Lee
**Cc:** Burk, Tyler A.
**Date:** Fri, May 3, 2024, 8:51 PM

Britt –

We do not oppose your motion to be permitted to participate in the CM/ECF system for filings in this matter.

Mike

**Michael Gutierrez**
*Shareholder*
gutierrez@butzel.com

Direct: (616) 752-7223



Main: 616.988.5600 | Fax: 616.988.5606
300 Ottawa Ave. NW, Suite 620 | Grand Rapids, MI 49503



---

**From:** Britt Martin <bmartin0211@outlook.com>
**Sent:** Friday, May 3, 2024 2:39 PM
**To:** Silver, Lee <silver@butzel.com>
**Cc:** Burk, Tyler A. <burkt@butzel.com>; Gutierrez, Michael <gutierrez@butzel.com>
**Subject:** [EXTERNAL] Local 7.1 Meet and Confer: Seeking Concurrence or Opposition to Motion for Leave to Participate in ECF/CM

All,

I intend to file a motion for leave to be permitted to participate in electronic filing through the ECF/CM system. The basis for this motion are the significant benefits associated with electronic filing, including improved accessibility, cost efficiency, increased reliability, and enhanced environmental sustainability.

In accordance with W.D. Mich. LCivR 7(d)(i) and (ii), I am reaching out to determine whether you would oppose this motion and to seek your concurrence on the matter.

1 / 2

Although this is an administrative non-dispositive motion, and I am currently evaluating whether it requires seeking leave from the court or if it could potentially be resolved through a stipulation. In either case, I am want to ensure compliance with all procedural requirements and am open to discussing the possibility of resolving this matter through stipulation, if feasible.

Please let me know your stance on concurring with or opposing the motion at your earliest convenience.

Thank you,

Britt


**Brittany E. Martin**

E: bmartin0211@outlook.com
P: (616) 822-9423