UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRITTANY E. MARTIN,

    Plaintiff,

v.                                                                                                  Hon. Hala Y. Jarbou

HENN LESPERANCE PLC, et al.,                                       Case No. 1:24-cv-00072

    Defendants.

## ORDER GRANTING PLAINTIFF'S PRO SE MOTION FOR ELECTRONIC FILING AND SERVICE

On January 26, 2024, Pro se Plaintiff, Brittany E. Martin, completed and filed a Pro Se Application for Electronic Filing and Service, pursuant to W.D.Mich. LCivR 5.7 and Administrative Order 17-RL-135, on the form specified by the Clerk of this Court. (ECF No. 3.) The Court denied Plaintiff's request. (ECF No. 7.) Now before the Court is Pro se Plaintiff's Unopposed Motion for Leave to File and Receive Service Electronically. (ECF No. 34.)

Upon reconsideration and having reviewed Plaintiff's filings, the motion is **GRANTED**. Plaintiff Brittany E. Martin meets all of the technical requirements necessary to successfully e-file, and the Court concludes that granting Plaintiff's request will further the "just, speedy, and inexpensive determination of [this] action." Fed. R. Civ. P. 1.

IT IS SO ORDERED.

Date: May 17, 2024

                                                                             /s/ Sally J. Berens
                                                                             SALLY J. BERENS
                                                                             U.S. Magistrate Judge