**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**BRITTANY E. MARTIN,**

        Plaintiff,   Case No.: 1:24-cv-00072

v.

        HON. Hala Y. Jarbou

**HENN LESPERANCE PLC,**
**KEVIN LESPERANCE,**
**MALGORZATA ("GOSIA") WALKER,**
**ROY H. JOHNSON,**
**DOES 1-5,**

        Defendants.

**EXPEDITED CONSIDERATION REQUESTED**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S APPEAL OF MAGISTRATE JUDGE'S ORDER**

Plaintiff, Ms. Brittany E. Martin, moves the court for leave to file the attached Reply to Defendants' Response in Opposition to her Appeal of Magistrate Judge's Order under W.D. Mich. LCivR 7.3(c). For the reasons stated herein and in the accompanying brief in support, Ms. Martin's motion should be granted.

Ms. Martin submits this motion to file a Reply Brief to address and correct false statements, misrepresentations, and inaccuracies in the Defendants' Response in Opposition to Plaintiff's Appeal of the Magistrate Judge's Order (ECF No. 39). Additionally, this Reply will address the new arguments and materials raised by the Defendants for the first time in their Response. The purpose of this Reply is to ensure that the Court can accurately and effectively adjudicate the issues

on the merits, thus serving the interest of justice and promoting judicial economy. Allowing Ms. Martin to submit the attached Reply will not unduly delay the proceedings or prejudice Defendants.

Ms. Martin's proposed Reply Brief is attached as **EXHIBIT A** along with its accompanying exhibits. A proposed order granting Ms. Martin's motion for leave is attached as **EXHIBIT B**.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court grant her leave to file the attached Reply Brief and any such other and further relief the Court deems just and proper.

Respectfully submitted,

Brittany E. Martin
*Plaintiff in Pro Se*

Dated:   May 22, 2024      By:   /s/ Brittany E. Martin
**Brittany E. Martin,** *in Pro Se*
23 College Ave. SE, APT. 18
Grand Rapids, MI 49503
(616) 822-9423
bmartin0211@outlook.com