# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**BRITTANY E. MARTIN,**

          Plaintiff,          Case No.: 1:24-cv-72

v.                                    HON. Hala Y. Jarbou

**HENN LESPERANCE PLC.,** *et al.*,

          Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S APPEAL OF MAGISTRATE JUDGE BERENS' ORDER**

The Court having reviewed Plaintiff's Motion for Leave to File a Reply to Defendants' Response in Opposition to Plaintiff's Appeal of Magistrate Judge Berens' Order (ECF No. *), IT IS ORDERED that Plaintiff's motion (ECF No. *) is GRANTED. The Clerk of Court is directed to accept the Reply Brief (ECF No. *–*) for filing.

IT IS SO ORDERED.

Dated: _____      _____
                                                               Hon. Hala Y. Jarbou
                                                              Chief U.S. District Court Judge