UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

BRITTANY E. MARTIN,

          Plaintiff,         Case No. 1:24-cv-00072

v.

HENN LESPERANCE PLC., *et al.,*    HON. Hala Y. Jarbou

          Defendants.

---

## CERTIFICATE OF COMPLIANCE WITH W.D. Mich. LCivR 7.1(d)

Pursuant to W.D. Mich. LCivR 7.1(d), I certify that on May 20, 2024, I emailed Mr. Lee Silver, Mr. Michael Gutierrez, and Mr. Tyler Burk, counsel of record for Defendants, to ascertain whether Defendants would oppose my Motion for Leave to File a Reply to Defendants' Response in Opposition to Plaintiff's Appeal of Magistrate Judge Berens' Order and seeking concurrence in the relief sought. Defendants counsel stated that they "do not concur in [my] request to file a reply brief in this matter." (See emails attached as **EXHIBIT A**.)

          Respectfully submitted,

          Brittany E. Martin
          *Plaintiff in Pro Se*

Dated:  May 22, 2024        By:  /s/ Brittany E. Martin
                                      **Brittany E. Martin,** *in Pro Se*
                                      23 College Ave. SE, APT. 18
                                      Grand Rapids, MI 49503
                                      (616) 822-9423
                                      bmartin0211@outlook.com