UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

BRITTANY E. MARTIN,

    Plaintiff,    Case No. 1:24-cv-00072

v.

HENN LESPERANCE PLC., *et al.,*  HON. Hala Y. Jarbou

    Defendants.

---

### CERTIFICATE OF COMPLIANCE WITH W.D. Mich. LCivR 7.1(d)

Pursuant to W.D. Mich. LCivR 7.1(d), I certify that on May 24, 2024, I emailed Mr. Lee Silver, Mr. Michael Gutierrez, and Mr. Tyler Burk, counsel of record for Defendants, to ascertain whether Defendants would oppose Plaintiff's Motion for Recusal of Magistrate Judge Sally J. Berens and seeking concurrence in the relief sought.

On May 28, 2024, Defendants' counsel responded stating that they "do not concur in [my] request to seek recusal of Magistrate Judge Berens." **(EXHIBIT A as email correspondence).**

              Respectfully submitted,

              Brittany E. Martin
              *Plaintiff in Pro Se*

Dated: May 28, 2024    By: /s/ Brittany E. Martin
              **Brittany E. Martin, *in Pro Se***
              23 College Ave. SE, APT. 18
              Grand Rapids, MI 49503
              (616) 822-9423
              bmartin0211@outlook.com