UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRITTANY E. MARTIN,

    Plaintiff,

v.

HENN LESPERANCE PLC, et al.,

    Defendants.

Hon. Hala Y. Jarbou

Case No. 1:24-cv-00072

# ORDER

The Court has before it Plaintiff's brief in support of her motion for recusal or disqualification of Magistrate Judge Sally Berens. (ECF No. 49.) Pursuant to Fed. R. Civ. P. 5.2(e)(1), the Clerk of Court is instructed to **STRIKE** and **REMOVE** the brief as it contains personal information relating to my minor children, including where they go to school. The Court finds that security concerns related to that information outweigh the presumption of public access to judicial files in civil cases. In accordance with Fed. R. Civ. P. 5.2(f), Plaintiff may refile the brief with information referencing my children and their school district redacted and file an unredacted version under seal.

    IT IS SO ORDERED.

Dated: May 30, 2024

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge