# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DAN MEAD, et al.,

    Plaintiffs,

v.                                                        Hon. Paul L. Maloney

ROCKFORD PUBLIC SCHOOL DISTRICT,         Case No. 1:23-cv-01313
et al.,

    Defendants.

## ORDER

    I recuse myself under 28 U.S.C. § 455(a) because my impartiality might be reasonably questioned based on a recent collaboration with one of the attorneys now appearing in the case. The Clerk of Court shall reassign this case to another magistrate judge in accordance with the approved procedure.

    IT IS SO ORDERED.

Dated: January 10, 2024                                     /s/ Sally J. Berens
                                                            SALLY J. BERENS
                                                            U.S. Magistrate Judge