# EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

     Plaintiff,

                                       Hon. Sally J. Berens

v.

                                       Case No. 1:24-mj-00118

 BRADLEY ARKESTEYN,

     Defendant.

_____/

**ORDER**

Based on facts I have learned after the entry of the criminal complaint and the initial appearance in this matter on March 20, 2024, I recuse myself under 28 U.S.C. § 455(a). The Clerk of Court shall reassign this case to another magistrate judge in accordance with the approved procedure.

IT IS SO ORDERED.

Dated: March 22, 2024

                                /s/ Sally J. Berens
                               SALLY J. BERENS
                               U.S. Magistrate Judge