UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**BRITTANY E. MARTIN,**

        Plaintiff,        Case No.: 1:24-cv-00072

v.

        HON. Hala Y. Jarbou

**HENN LESPERANCE PLC.,** *et al.,*

        Defendants.

**EXPEDITED CONSIDERATION REQUESTED**

**PLAINTIFF'S MOTION FOR ISSUANCE OF SUMMONS AND SERVICE OF PROCESS TO NEW DEFENDANTS THOMAS C. WALKER, WILLIAM HENN, AND ANDREW CASCINI**

    Plaintiff, Ms. Brittany E. Martin, respectfully moves the Court under Fed. R. Civ. P. 1, 4, and 15(c)(1), W.D. Mich. LCivR 1.6, 3.4, 4.1(1), and 77.3 for an order directing the Clerk of Court to issue summons to the new defendants named in her First Amended Complaint (ECF. No. 17), namely Thomas C. Walker, William Henn, and Andrew Cascini, and order service of process by the United States Marshal Service on the new defendants pursuant to the Court's January 29, 2024, Order (ECF No. 5). For the reasons stated herein and in the accompanying brief, Ms. Martin's motion should be granted. A proposed order is attached as **EXHIBIT A**.

    Ms. Martin's First Amended Complaint is the operative complaint in this lawsuit. Prompt issuance of summons to the new defendants named in the First Amended Complaint is necessary to comply with procedural rules and to maintain the efficiency and fairness of the litigation process. Ms. Martin respectfully requests the Court to grant this motion without further delay.

PLAINTIFF'S MOTION FOR ISSUANCE OF SUMMONS AND SERVICE OF PROCESS - 1

Additionally, Ms. Martin asserts that Plaintiff's Motion for Recusal or Disqualification of Magistrate Judge Sally J. Berens (ECF No. 47, 60, 62) should be promptly addressed because if recusal or disqualification is necessary, allowing Magistrate Judge Sally J. Berens to continue presiding over decisions in this case would result in significant prejudice against Ms. Martin, deteriorate the public's confidence in the justice system, and erode of the integrity of these proceedings.

**WHEREFORE,** Plaintiff, Ms. Brittany E. Martin, respectfully requests this Honorable Court direct the Clerk of Court to issue summons for the new defendants named in the First Amended Complaint: Thomas C. Walker, William Henn, and Andrew Cascini, and order service of process by the United States Marshal Service on the new defendants pursuant to the Court's January 29, 2024 Order (ECF No. 5), and grant her any such other and further relief the Court deems just and proper.

Respectfully submitted,

Brittany E. Martin
*Plaintiff in Pro Se*

Dated:   June 4, 2024           By:   /s/ Brittany E. Martin
**Brittany E. Martin,** *in Pro Se*
23 College Ave. SE, APT. 18
Grand Rapids, MI 49503
(616) 822-9423
bmartin0211@outlook.com

PLAINTIFF'S MOTION FOR ISSUANCE OF SUMMONS AND SERVICE OF PROCESS - 2