**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BRITTANY E. MARTIN,

           Plaintiff,           Case No. 1:24-cv-00072

v.

HENN LESPERANCE PLC., *et al.,*    HON. Hala Y. Jarbou

           Defendants.

**CERTIFICATE OF COMPLIANCE WITH W.D. Mich. LCivR 7.1(d)**

    Pursuant to W.D. Mich. LCivR 7.1(d), I certify that on June 3, 2024, I emailed Mr. Michael Gutierrez, Mr. Daniel Hatch, and Mr. Tyler Burk, counsel of record for Defendants, to ascertain whether Defendants would oppose my Motion for Issuance of Summons and Service of Process to New Defendants THOMAS C. WALKER, WILLIAM HENN, AND ANDREW CASCINI and seeking concurrence in the relief sought. I have not heard back from Defendants' counsel at the time of this filing. **(See email attached as EXHIBIT A).**

           Respectfully submitted,

           Brittany E. Martin
           *Plaintiff in Pro Se*

Dated:  June 4, 2024      By:  /s/ Brittany E. Martin
                                       **Brittany E. Martin,** *in Pro Se*
                                       23 College Ave. SE, APT. 18
                                       Grand Rapids, MI 49503
                                       (616) 822-9423
                                       bmartin0211@outlook.com

CERTIFICATE OF COMPLIANCE