UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRITTANY E. MARTIN,

     Plaintiff,

v.                                   Hon. Hala Y. Jarbou

HENN LESPERANCE PLC, et al.,           Case No. 1:24-cv-00072

     Defendants.

**ORDER**

The Court has before it Plaintiff's Motion for Leave to File Reply in Support of Her Motion for Issuance of Summons and Service of Process to New Defendants Thomas C. Walker, William Henn, and Andrew Cascini. (ECF No. 77.) Exhibit A to the proposed reply contains personal information regarding the Court's family, which has previously been ordered stricken from the record (*see* ECF No. 51). The Court finds that security concerns related to that information outweigh the presumption of public access to judicial files in civil cases. In accordance with Fed. R. Civ. P. 5.2(d), **the Clerk is directed to seal the pages of that document at ECF No. 77-1, PageID.1768-70**.

It appears this is not the first instance in which a court has warned Plaintiff regarding inappropriate behavior toward a judge or court staff. (*See* ECF No. 15-5, PageID.124-25.) Defendants attach an order and correspondence from Circuit Court Judge Rossi in the 17th Circuit Court ordering Plaintiff not to mention "any 17th Circuit Court staff members' family/friends/acquaintances via email or social media." (*Id.*, PageID.125.) The Court admonishes Plaintiff that publication of personal information regarding a judge or her family is inappropriate and may result in sanctions, including contempt.

**IT IS SO ORDERED**.

Dated: June 26, 2024                                      /s/ Sally J. Berens
                                                         SALLY J. BERENS
                                                         U.S. Magistrate Judge