UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY E. MARTIN,

          Plaintiff,          Case No. 1:24-cv-00072

v.

HENN LESPERANCE PLC., *et al.,*      HON. Hala Y. Jarbou

          Defendants.

**CERTIFICATE OF ATTEMPT TO OBTAIN CONCURRENCE**

I hereby certify that I made the following efforts to confer in good faith with Defendants' counsel in an attempt to resolve the need for an extension of the time without the necessity of seeking the Court's intervention.[1]

On July 5, 2024, at 1:03 PM EST, I sent an email to Mr. Lee Silver, Mr. Michael Gutierrez, Mr. Daniel Hatch, and Mr. Tyler Burk, counsel for Defendants, requesting an extension of five additional days to file my response opposing Defendants' motion to strike and seal my first amended complaint, making the new filing deadline Wednesday, July 10, 2024.

The email outlined the reasons for the requested extension, demonstrated that good cause exists, and included a proposed stipulated order for their review and signature. (See **EXHIBIT A** as email correspondence and attached proposed stipulated order).

Despite my efforts to obtain Defendants' concurrence for a five-day extension without having to resort to court intervention, I was unable to obtain Defendants' concurrence as none of

---

[1] Although Fed. R. Civ. P. 6(b)(l)(A) does not require formal motion or notice, I am taking the precautionary measure to ensure full compliance with W.D. Mich. LCivR 7.1(d).

CERTIFICATE OF CONCURRENCE

the four attorneys that are collectively representing the Defendants in this case responded to my email. Consequently, I was compelled to file my motion at the last minute, on July 5, 2024, at 11:58 PM EST, and I am unaware of whether Defendants' will attempt to oppose this request.

                                                Respectfully submitted,

                                                Brittany E. Martin
                                                *Plaintiff*

Dated:  July 6, 2024                    By:  /s/ Brittany E. Martin
                                                **Brittany E. Martin,** *in Pro Se*
                                                23 College Ave. SE, APT. 18
                                                Grand Rapids, MI 49503
                                                (616) 822-9423
                                                bmartin0211@outlook.com

CERTIFICATE OF CONCURRENCE