# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRITTANY E. MARTIN,

        Plaintiff,        Case No. 1:24-cv-00072

v.

HENN LESPERANCE PLC., *et al.,*        HON. Hala Y. Jarbou

        Defendants.

## CERTIFICATE OF ATTEMPT TO OBTAIN CONCURRENCE

Pursuant to W.D. Mich. LCivR 7.1(d), I certify that on July 11, 2024, at 4:14 PM EST, I emailed Mr. Lee Silver, Mr. Michael Gutierrez, Mr. Daniel Hatch, and Mr. Tyler Burk, counsel of record for Defendants, to ascertain whether Defendants would oppose my Motion for leave to file a Reply in support of my Motion for Leave to file a Reply in Support of my Motion for Issuance of Summons and Service of Process to New Defendants Thomas C. Walker, William Henn, and Andrew Cascini and seeking concurrence in the relief sought.

My email comprehensively detailed the blatant falsehoods and malicious misrepresentations in Defendants' recent filing (ECF No. 83) that left me with no choice but to file a motion for leave to reply to correct their bald face lies and false accusations. (See **EXHIBIT A** as email correspondence).

I was unable to obtain Defendants' concurrence as none of the four attorneys that are collectively representing the Defendants in this case responded to my email. However, after receiving my email, at 5:38 PM EST, Defendants did file a misleading Response in Opposition (ECF No. 90) to my previous request for a 5-day extension.

CERTIFICATE OF CONCURRENCE

Consequently, I am unaware whether Defendants' will attempt to oppose this motion.

                Respectfully submitted,

                Brittany E. Martin
                *Plaintiff*

Dated:   July 12, 2024        By:   /s/ Brittany E. Martin
                **Brittany E. Martin, *in Pro Se***
                23 College Ave. SE, APT. 18
                Grand Rapids, MI 49503
                (616) 822-9423
                bmartin0211@outlook.com

CERTIFICATE OF CONCURRENCE