# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

**BRITTANY E. MARTIN,**

    Plaintiff,

v.

**HENN LESPERANCE PLC.,** *et al.,*

    Defendants.

Case No.: 1:24-cv-00072

HON. Hala Y. Jarbou
Magistrate Ray Kent

---

| | |
|---|---|
| **Brittany E. Martin**<br>*Plaintiff* in Pro Se<br>(616) 822-9423<br>23 College Ave. SE, APT. 18<br>Grand Rapids, MI 49503<br>bmartin0211@outlook.com | **Lee T. Silver (P36905)**<br>**Michael L. Gutierrez (P79440)**<br>**Daniel J. Hatch (P79258)**<br>**Tyler A. Burk (P85077)**<br>**BUTZEL LONG, PC**<br>*Attorneys for* Henn Lesperance PLC, Kevin Lesperance, Malgorzata ("Gosia") Walker, and Roy H. Johnson<br>300 Ottawa Ave. NW, Suite 620<br>Grand Rapids, Michigan 49503<br>silver@butzel.com<br>gutierrez@butzel.com<br>hatchd@butzel.com<br>burkt@butzel.com |

---

## CERTIFICATE OF ATTEMPT TO OBTAIN CONCURRENCE

Pursuant to W.D. Mich. LCivR 7.1(d)(ii), I hereby certify that I made the following efforts to confer in good faith with Defendants' counsel in an attempt to obtain concurrence on a narrowly tailored extension of the current deadline to file my Second Amended Complaint pending resolution of my Appeal of Magistrate Judge's Order (EVF No. 106) without the necessity of seeking the Court's intervention:

On April 6, 2025, at 2:30 PM EST, I emailed Defendants' counsel—Mr. Lee Silver, Mr. Michael Gutierrez, Mr. Daniel Hatch, and Mr. Tyler Burk—seeking concurrence on

my request and to ascertain whether Defendants would oppose it. The email outlined the reasons for the requested extension, including that given the current procedural posture, the proposed approach would serve judicial economy and avoid unnecessary complications should the Order be modified in whole or in part on appeal.

Despite the narrow nature of the request and the procedural clarity of the issue, Mr. Silver responded on April 7, 2025, at 12:07 PM EST simply stating that Defendants intend to oppose the motion without any further explanation. (*See* **EXHIBIT A** as email correspondence).

<br>

Respectfully submitted,

Brittany E. Martin
*Plaintiff*

Dated: April 8, 2025      By: /s/ Brittany E. Martin
**Brittany E. Martin, *in Pro Se***
23 College Ave. SE, APT. 18
Grand Rapids, MI 49503
(616) 822-9423
bmartin0211@outlook.com

CERTIFICATE OF CONCURRENCE