Outlook

### RE: Local 7.1 Meet and Confer: Seeking Concurrence or Opposition on Extension of Time to File Second Amended Complaint

| | |
|---|---|
| From | Silver, Lee <silver@butzel.com> |
| Date | Mon 4/7/2025 12:09 PM |
| To | Britt Martin <bmartin0211@outlook.com>; Hatch, Daniel <hatchd@butzel.com>; Burk, Tyler A. <burkt@butzel.com>; Gutierrez, Michael <gutierrez@butzel.com> |

Ms. Martin,

We intend to oppose your motion to extend the deadline for the filing of your Second Amended Complaint.   Lee.

Lee Silver
*Shareholder*

silver@butzel.com



Main: 616.988.5600 |  Fax: 616.988.5606

300 Ottawa Ave. NW,  Suite 620  |  Grand Rapids, MI  49503





Confidentiality Statement: This message, including attachments, may be confidential, legally privileged, and/or subject to data privacy protections. If not for you, do not review, use or share it; notify us immediately and delete it. Thank you.

**From:** Britt Martin <bmartin0211@outlook.com>
**Sent:** Sunday, April 6, 2025 2:30 PM
**To:** Silver, Lee <silver@butzel.com>; Hatch, Daniel <hatchd@butzel.com>; Burk, Tyler A. <burkt@butzel.com>; Gutierrez, Michael <gutierrez@butzel.com>
**Subject:** [EXTERNAL] Local 7.1 Meet and Confer: Seeking Concurrence or Opposition on Extension of Time to File Second Amended Complaint

All,

In light of my pending Rule 72(a) objections to the Court's March 21 Order (ECF No. 105), I intend to seek an extension of the deadline to file my Second Amended Complaint—specifically, to defer the re-pleading deadline until 28 days after the District Judge rules on the appeal, unless the ruling specifies otherwise.

Given the current procedural posture, this approach serves judicial economy and avoids unnecessary complications should the Order be modified in whole or in part.

Please advise whether you concur with this request or intend to oppose it.


**Brittany E. Martin**

E: bmartin0211@outlook.com
P: (616) 822-9423