# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

**BRITTANY E. MARTIN,**

        Plaintiff,

v.

**HENN LESPERANCE PLC.,** *et al.,*

        Defendants.

Case No.: 1:24-cv-00072

HON. Hala Y. Jarbou
Magistrate Ray Kent

_____

## CERTIFICATE OF ATTEMPT TO OBTAIN CONCURRENCE

Pursuant to W.D. Mich. LCivR 7.1(d)(ii), I hereby certify that I made the following efforts to confer in good faith with Defendants' counsel in an attempt to obtain concurrence regarding the relief sought in the accompanying motion for a one-day retroactive extension to deem my Response in Opposition to Defendants' Motion to Strike and Seal Plaintiff's Amended Complaint (ECF No. 102) as timely filed without the necessity of seeking the Court's intervention:

On April 10, 2025, at 9:56 AM EST, I placed a telephone call to Defendants' counsel, Mr. Lee Silver. The front desk transferred me to his voicemail, where I left a message requesting a call back that day.

On April 10, 2025, at 9:56 AM EST, I placed a telephone call to Defendants' counsel, Mr. Daniel Hatch. The front desk transferred me to his assistant's voicemail, where I left a message requesting that she let him know that I was trying to get in touch with him and requested a call back that day.

On April 10, 2025, at 11:57 AM EST, I sent an email to all four of Defendants' counsel of record—Mr. Silver, Mr. Michael Gutierrez, Mr. Daniel Hatch, and Mr. Tyler Burk—requesting concurrence. In the email, I explained the nature and grounds of the motion, including that it seeks to clarify procedural ambiguity concerning a brief filed less than 7 hours past deadline, all 5 *Pioneer* 'excusable neglect' factors are met, and that good cause exists because my diligence and good faith has been unwavering in these proceedings. I requested that one of the four of them please let me know by 3 PM EST that day "whether Defendants concur in this request or intend to oppose it." (*See* **EX. A** as email correspondence).

At 2:27 PM EST, Mr. Tyler Burk responded stating that Defendants "do not concur with your request to seek a retroactive extension." *Id.*

<br>

Respectfully submitted,

Brittany E. Martin
*Plaintiff*

Dated: April 14, 2025			By: /s/ Brittany E. Martin
				**Brittany E. Martin, *in Pro Se***
				23 College Ave. SE, APT. 18
				Grand Rapids, MI 49503
				(616) 822-9423
				bmartin0211@outlook.com