# EXHIBIT A

 Outlook

### Re: Local 7.1 Meet and Confer: Seeking Concurrence or Opposition on Motion for Recusal of Magistrate Judge Sally J. Berens

**From** Britt Martin <bmartin0211@outlook.com>
**Date** Tue 5/28/2024 4:10 PM
**To** Gutierrez, Michael <gutierrez@butzel.com>; Silver, Lee <silver@butzel.com>
**Cc** Burk, Tyler A. <burkt@butzel.com>

Mike,

I can confirm that I would strongly oppose any motion to seal my amended complaint.

Regarding a motion to strike, could you clarifying whether you are seeking to strike the entire pleading, the specific paragraphs cited in Defendants' response to my appeal, or something else?

I am open to voluntarily striking a few specific items. For instance (non-exhaustive), I forgot to pull the extra copies from some of the exhibits—off the top of my head I know Exhibit V has 3 extra copies of Grace's packaging/letter/photos. Striking those duplicates would cut 37 pages off.

**Brittany E. Martin**

E: bmartin0211@outlook.com
P: (616) 822-9423

---

**From:** Gutierrez, Michael <gutierrez@butzel.com>
**Sent:** Tuesday, May 28, 2024 9:27 AM
**To:** Britt Martin <bmartin0211@outlook.com>; Silver, Lee <silver@butzel.com>
**Cc:** Burk, Tyler A. <burkt@butzel.com>
**Subject:** RE: Local 7.1 Meet and Confer: Seeking Concurrence or Opposition on Motion for Recusal of Magistrate Judge Sally J. Berens

Ms. Martin,

We do not concur in your request to seek recusal of Magistrate Judge Berens.

Relatedly, we are writing to seek your concurrence in the motion to strike and/or seal your proposed amended complaint that we intend to file tomorrow. The grounds for the motion are set forth in detail in Defendants' response to your appeal. Please let us know whether you will agree to voluntarily withdraw the new allegations pled in your amended complaint and, if not, whether you will agree to voluntarily seal the amended complaint. Thank you.

**Michael Gutierrez**
*Shareholder*