**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

| | |
|---|---|
| **BRITTANY E. MARTIN,** | Case No.: 1:24-cv-00072 |
| Plaintiff, | |
| v. | HON. Hala Y. Jarbou |
| | Magistrate Ray Kent |
| **HENN LESPERANCE PLC.,** *et al.,* | |
| Defendants. | |

| **Brittany E. Martin** | **Lee T. Silver (P36905)** |
|---|---|
| *Plaintiff* in Pro Se | **Michael L. Gutierrez (P79440)** |
| (616) 822-9423 | **Daniel J. Hatch (P79258)** |
| 23 College Ave. SE, APT. 18 | **Tyler A. Burk (P85077)** |
| Grand Rapids, MI 49503 | **BUTZEL LONG, PC** |
| bmartin0211@outlook.com | *Attorneys for* Henn Lesperance PLC, |
| | Kevin Lesperance, Malgorzata ("Gosia") Walker, and Roy H. Johnson |
| | 300 Ottawa Ave. NW, Suite 620 |
| | Grand Rapids, Michigan 49503 |
| | (616) 988-5600 |
| | silver@butzel.com |
| | gutierrez@butzel.com |
| | hatchd@butzel.com |
| | burkt@butzel.com |

**ERRATA TO ECF NO. 112 & 114**

Plaintiff submits this erratum to clarify the record. On April 14, 2025, Defendants' counsel contacted Plaintiff objecting to the use of the term "unopposed" in the caption of her motion filed April 13, 2025 (ECF No. 112, 113, and 114). **(***See* **EXHIBIT A)**. While Plaintiff did not understand Defendants to be opposing the motion at the time of filing, she has no intent to create confusion or mischaracterize their position. Out of respect for the Court and to eliminate any dispute over this

issue, Plaintiff has attached a modified motion **(EXHIBIT B)** and brief **(EXHIBIT C)** with revised titles.

<u>Modifications:</u>

ECF 112:

- Title of Document - (omitting "unopposed");

- Relief Requested -  (omitting "unopposed");

ECF 114:

- Title of Document - (omitting "unopposed").

 

          Respectfully submitted,

          Brittany E. Martin
          *Plaintiff*

Dated:   April 15, 2025        By:  /s/ Brittany E. Martin
          **Brittany E. Martin,** *in Pro Se*
          23 College Ave. SE, APT. 18
          Grand Rapids, MI 49503
          (616) 822-9423
          bmartin0211@outlook.com