# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Brittany E. Martin

v.

Henn Lesperance PLC et al.,

Case No. 1:24-cv-00072
Hon. Hala Y. Jarbou

TO: Andrew Cascini
ADDRESS: 1019 Fulton St. E
Grand Rapids, MI 49503

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brittany E. Martin
23 College Ave SE Apt 18
Grand Rapids, MI 49503

CLERK OF COURT

_____
By: Deputy Clerk          Date

## PROOF OF SERVICE

This summons for _____Andrew Cascini_____ was received by me on _____.
(name of individual and title, if any)    (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)      (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

   My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Brittany E. Martin

v.

Henn Lesperance PLC et al.,

Case No. 1:24-cv-00072
Hon. Hala Y. Jarbou

TO: William Henn
ADDRESS: 1700 Sterling Oaks Ct. SE
Ada, MI 49301

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brittany E. Martin
23 College Ave SE Apt 18
Grand Rapids, MI 49503

CLERK OF COURT

By: Deputy Clerk _____ Date

## PROOF OF SERVICE

This summons for __William Henn__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Brittany E. Martin

v.

Henn Lesperance PLC et al.,

Case No. 1:24-cv-00072
Hon. Hala Y. Jarbou

TO: Thomas C. Walker
ADDRESS: 2847 Elmwood Dr. SE
Grand Rapids, MI 49506

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brittany E. Martin
23 College Ave SE Apt 18
Grand Rapids, MI 49503

CLERK OF COURT

_____
By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for ____Thomas C. Walker____ was received by me on _____.
(name of individual and title, if any)                                                            (date)

☐ I personally served the summons on the individual at _____
                                                                                          (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                        (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                                           (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                                   _____
                                                                            Server's signature

Additional information regarding attempted service, etc.:
                                                                            _____
                                                                            Server's printed name and title

                                                                            _____
                                                                            Server's address