AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

FILED - GR
June 24, 2025 9:56 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 6-24

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Brittany E. Martin

Case No. 1:24-cv-00072
Hon. Hala Y. Jarbou

v.

Henn Lesperance PLC et al.,

TO: Thomas C. Walker
ADDRESS: 2847 Elmwood Dr. SE
Grand Rapids, MI 49506

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brittany E. Martin
23 College Ave SE Apt 18
Grand Rapids, MI 49503

CLERK OF COURT

May 22, 2025

By: Deputy Clerk                             Date

---

### PROOF OF SERVICE

This summons for __Thomas C. Walker__ was received by me on __5-22-25__.

☒ I personally served the summons on the individual at __2847 Elmwood Dr. SE, GR, MI 49506__ on __6-23-25__.

☐ I left the summons at the individual's residence or usual place of abode with _____, a person of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.

☐ I served the summons on _____, who is designated by law to accept service of process on behalf of _____ on _____.

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ __—__ for travel and $ __65__ for services, for a total of $ __65__.

I declare under the penalty of perjury that this information is true.

Date: __6-23-25__

Server's signature

sousm Benjamin W. Walkington
Server's printed name and title

Additional information regarding attempted service, etc.:

110 Michigan St NW, GR, MI, 49503
Server's address