# EXHIBIT B

# Print History

**BM**  Brittany Martin

Dec 26, 2020

**Rate 1**
$47,500.00 annually
Salary

**Pay Details**
Bi-weekly

Sep 25, 2019

**Rate 1**  (Initial Rate)
$45,000.00 annually
Salary

**Pay Details**
Bi-weekly

**PAYCHEX FLEX®**