# EXHIBIT C

# Print History

**BM**   Brittany Martin

**Dec 26, 2020**

**Rate 1**
$47,500.00 annually
Salary

**Pay Details**
Overtime Factor: 1.5

**Sep 25, 2019**

**Rate 1**  (Initial Rate)
$45,000.00 annually
Salary

**Pay Details**
Bi-weekly

**PAYCHEX FLEX®**