# EXHIBIT E



**ATTORNEYS AT LAW**

32 MARKET AVENUE SW, SUITE 400
GRAND RAPIDS, MICHIGAN 49503
TEL (616) 551-1611
FAX (616) 323-3658

KEVIN M. LESPERANCE | WILLIAM L. HENN | ANDREW A. CASCINI
BENJAMIN M. DOST | DAVID J. BUSSCHER | SUSAN M. RAMAGE | ANDREW J. SPICA
ANDREA S. NESTER | STEVEN C. BERRY* | CALVIN J. STERK* | *OF COUNSEL

WILLIAM L. HENN
wlh@hennlesperance.com
(616) 551-1611

September 19, 2019

Ms. Brittany Martin
23 College Ave SE Apt. 18
Grand Rapids, MI 49503

Dear Ms. Martin:

Henn Lesperance PLC is pleased to offer you the full-time position of Legal Assistant. The position primarily entails providing legal secretarial services to the firm's attorneys and paralegals. Secondarily, there may be opportunities to perform paralegal tasks, as well.

Should you accept the position, your starting date will be September 25, 2019. The salary for the position is $45,000 per year and is paid on a biweekly basis. Your work hours will be Monday through Friday 8:30 a.m. – 5:00 p.m. with a thirty-minute lunch break. This position is based on a forty-hour work week.

If you choose to participate in the firm's health insurance plan, coverage will take effect on the first day of the month after a 30-day waiting period has elapsed. All participating employees are responsible for 25% of their monthly health insurance premium which is automatically deducted from their paycheck. We offer fifteen days of flexible paid time-off (PTO) per year, which includes vacation, personal, and sick leave. You will also be eligible to participate in the firm's Simple IRA retirement plan. Lastly, you will receive a short-term disability, long-term disability and life insurance benefit.

If you choose to accept this offer, please sign on the second page of this letter and return it to me at your earliest convenience. Should you have any questions, please do not hesitate to contact me.

Sincerely,

HENN LESPERANCE PLC

William L. Henn

**HENN LESPERANCE PLC**

Ms. Brittany Martin
September 19, 2019
Page 2


I hereby accept the foregoing offer for employment as a Legal Assistant at Henn Lesperance PLC.

Brittany Martin

9/19/2019

Date