# Exhibit G

Text message
1/3/21, 8:34 PM

> Hey do you want to get together tomorrow at some point about upcoming projects and to dos

> If it's easier to do it via email or throw something together on teams or there's a lot of scheduling planning platforms if ur home w C-Money tmrw

> That's fine too

iMessage
1/3/21, 8:52 PM

I think we should meet and group up. New year sis

I'll be in the office

> Sounds good what time works for you

Sometime in the afternoon ideally

> 👍 aim for 1:30 and see what happens

1/4/21, 11:56 AM

When we hold this call, can you prepare a list of all my clients so we can assemble a master task list?

> Yep. I'm gonna be in the office

1/4/21, 5:31 PM

> Hey I'm in line at FedEx right now for getting the stuff out to Tennessee process server then I'm heading to post office to drop off certified mail and I have to go in and get a receipt but it serves as a good example of for an inquiry As to if we can if Gosia or the guys will allow permission for us to be able to clock in and out via the app we are currently only allowed to clock if we are on the server like even a normal web browser you can't get in to punch but for instances like this I'm not going back to the office nor am I going to my house to set up my computer turn it on start up the system and log into paychecks to clock out i'm going to go grab food and see what Jake is doing but I clocked out of the firm at 5:15 and by the time I walk outta post office it'll be 6ish

> Also if I take a call or send a text driving or anywhere that isn't the office or the server I can't clock

> I never thought much about it because I was told clocking wasn't a big deal and we only did it bc Victoria n Leigh or whatever but obviously it's much more strict and important than posed

Good point. I'll talk about that w Bill and Kevin. We should have an easy remote system

> Also why the raking of my PTO and a scrutiny was jarring given I easily had weeks worth of work via phone text call emails not at my house / FedEx Usps trips 🥴

> Liked "Good point. I'll talk about that w Bill and Kevin. We should have an easy remote system "

> Thank u thank u

*1/4/21, 7:31 PM*

> Also apprising first day back before I could even get signed into my computer Ashleigh walked up to my desk saying that she was about to kill Victoria couldn't stand it and that she was sending her 1000,000 emails Taryn came storming in an hour-ish after me and I heard 3 separate times that she had to deal with car trouble and how she booked a trip just before she found out about the car trouble and now finances are worrisome although she has made it very clear that she was compensated more than well and was extremely happy with whatever her raise was because the day prior she had made it clear that she was going to go in and if they said anything about a 4/5 thousand dollar raise at market rate she was going to go ballistic but since the compensation was so good she literally didn't even want to raise the issue of being paid out or having a discussion about her unused PTO of 2020 while David made a comment about the second stimulus check hit in and I said I still haven't gotten either of them and she screamed that's because you don't fucking file your own taxes and then also noted how Victoria tried to bombard her this morning after being late to the game on some project and Taryn just clicked read and ignored her because she's done with her bullshit, Gosia spent the entire afternoon complaining about how shitty the applicants have been treating her and how inadequate the applications submitted have been and how she's only getting white men that are not smart applying and I might just be completely missing something that's blatantly obvious or I have a skewed perspective of team or firm citizenship but I can't figure out where i dropped the ball / became the one in the hot seat to begin with let alone anything that came from horrible peoples' attack on my livelihood that stands out next to whatever the soup of the day is for everyone else but it's like shitty feeling paranoid n its discouraging

*1/5/21, 4:07 PM*

> I was looking up LJS psy on LinkedIn for the address n accepted a request from some HR person that knows Gary Chamberlain and then I realized why i kept being prompted in the pop up ads to pay to promote u n why I didn't recognize my home feed bc I hadn't logged out of urs last time I was on linkedin when I shared the Covid in the workplace post for u just FYI lmao

*1/5/21, 8:50 PM*

> One caveat to the Wilson thing is that Margaret recommended the process server just in case you touch base with her at all. She was excited to offer him up and wanted me to make sure I told him she sent me his way I guess they've worked together a bunch in the past

Thanks for the updates. Much appreciated.

*1/6/21, 9:14 AM*

> That is 110% a burner number it's the textfree voicemail greeting lmfao

Hahahahahahahaha