# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRITTANY E. MARTIN,

          Plaintiff,          Case No. 1:24-cv-00072

v.

HENN LESPERANCE PLC *et al.*,      HON. Hala Y. Jarbou
                                              Magistrate Ray Kent

          Defendants.

---

## PROOF OF SERVICE

The undersigned hereby certifies that on July 14, 2025, pursuant to Fed. R. Civ. P. 11(c)(2) and Rule 5(b)(2)(C), true and correct copies of the following documents were served via USPS mail, postage prepaid, upon Defendant Thomas C. Walker at their last known address on record:

**Defendant Thomas C. Walker:**
2847 Elmwood Drive SE
Grand Rapids, Michigan 49506

1. Plaintiff's Response in Opposition to Defendants Henn Lesperance PLC, William Henn, Kevin Lesperance, Andrew Cascini, Malgorzata ("Gosia") Walker, and Roy Johnson Motion to Dismiss Plaintiff's Third Amended Complaint;
2. Certificate of Compliance; and
3. Proof of Service.

                                                  Respectfully Submitted,

Dated: July 14, 2025                  By:  /s/ Brittany E. Martin
                                                  **Brittany E. Martin**
                                                  Plaintiff, *in Pro Se*
                                                  23 College Ave. SE, APT. 18
                                                  Grand Rapids, MI 49503
                                                  (616) 822-9423
                                                  bmartin0211@outlook.com