UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY E. MARTIN,

     Plaintiff,

                                         Case No. 1:24-cv-72

v.

                                         Hon. Hala Y. Jarbou

HENN LESPERANCE PLC, et al.,

     Defendants.

_____/

## **ORDER**

In accordance with the opinion entered this date:

**IT IS ORDERED** that the report and recommendation of the magistrate judge (ECF No. 146) is **ADOPTED IN PART** and **REJECTED IN PART**.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (ECF Nos. 129, 133) are **GRANTED IN PART** as set forth in the opinion.

**IT IS FURTHER ORDERED** that Plaintiff's claims under Title VII and the ADA are **DISMISSED** as untimely.

**IT IS FURTHER ORDERED** that Plaintiff's claims under the FLSA are **DISMISSED** as untimely, except as to the two paychecks Plaintiff received after her termination.

**IT IS FURTHER ORDERED** that the CFAA claim against Thomas Walker is **DISMISSED** for failure to state a claim.

**IT IS FURTHER ORDERED** that the FLSA claims against Bill Henn and Andrew Cascini are **DISMISSED** as untimely.

**IT IS FURTHER ORDERED** that Plaintiff's claims arising under state law are **DISMISSED** because the Court declines to exercise supplemental jurisdiction over them.

After dismissal, the remaining claims and Defendants are: (1) the CFAA claims against Henn Lesperance PLC, Kevin Lesperance, Bill Henn, Andrew Cascini, Malgorzata "Gosia" Walker, and Roy Johnson; and (2) the FLSA claims against Henn Lesperance PLC, Kevin Lesperance, and Gosia Walker concerning the two paychecks Plaintiff received after her termination.

Dated: March 16, 2026                              /s/ Hala Y. Jarbou
                                                   HALA Y. JARBOU
                                                   CHIEF UNITED STATES DISTRICT JUDGE