UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY E. MARTIN,

       Plaintiff,

v.

HENN LESPERANCE PLC, et al.,

       Defendants.

_____/

Case No. 1:24–cv–00072–HYJ–RSK

Hon. Hala Y. Jarbou

## <u>NOTICE OF HEARING CANCELLATION</u>

The Rule 16 Scheduling Conference set in this matter for **April 24, 2026 at 11:00 a.m.** is hereby **adjourned without date.**

U.S. Magistrate Judge

Dated:  April 22, 2026     By:   _/s/ Brenda Glass_____
                               Paralegal